UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Ricci,

                Plaintiff,

-against-

Discover Bank, Discover Financial Services and Ana Vazquez,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2022

1:21-cv-10524 (AJN) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference today, and for the reasons stated on the record, it is hereby Ordered that the parties shall meet and confer and, no later than Wednesday, February 23, 2022, file a joint letter addressing whether and on what basis this Court has subject matter jurisdiction over this action and setting forth a proposal for next steps.

The Clerk of Court is respectfully requested to mail a copy of this Order to *pro se* Defendant Vazquez.

**SO ORDERED.**

DATED:    New York, New York
               February 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge