UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricci,

            Plaintiff,

   –v–

Discover Bank *et al.*,

            Defendants.

21-CV-10524 (AJN) (SDA)

ORDER

ALISON J. NATHAN, District Judge:

In light of the parties' joint letter dated February 23, 2022, in which the parties agree that "this action must be remanded to state court," Dkt. No. 13, the Court hereby ORDERS that this action, including the pleadings that were filed in this Court after the case was removed, be remanded to New York State Supreme Court, *see Metro. Transp. Auth. v. U.S. Fid. & Guar. Co.*, No. 14-CV-9059 (PAE), 2015 WL 1730067 (S.D.N.Y. Apr. 14, 2015) (remanding to state court where 28 U.S.C. § 1446(b)(2)(A)'s unanimity requirement was not satisfied).

The Clerk of Court is respectfully directed to remand this action to the Supreme Court for the State of New York, County of New York, and to close this case.

SO ORDERED.

Dated: February 24, 2022
      New York, New York

                                                ALISON J. NATHAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/22